Kevin J. Koch
Chapter 13
20-bk-00478-RNO


Additional Creditors:

Bank of America Business Card
PO Box 15796
Wilmington, DE 19886

Merrick Bank/NAR, Inc.
1600 West 2200 South, Ste. 410
West Valley City, UT 84119