Certificate Number: 05781-PAM-DE-034228743

Bankruptcy Case Number: 20-00478



05781-PAM-DE-034228743

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 13, 2020</u>, at <u>9:46</u> o'clock <u>AM PDT</u>, <u>Kevin Koch</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 13, 2020</u>　　　　By:　<u>/s/Allison M Geving</u>

　　　　　　　　　　　　　　　Name:　<u>Allison M Geving</u>

　　　　　　　　　　　　　　　Title:　<u>President</u>