```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 20-00478-RNO
Kevin J. Koch                                                  Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5         User: AutoDocke         Page 1 of 2         Date Rcvd: Mar 20, 2020
                             Form ID: ntnew341       Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
```
db           +Kevin J. Koch,    7665 Pohopoco Dr.,    Kunkletown, PA 18058-2632
cr           ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
               JOHNSTON RI 02919-1922
               (address filed with court:  Citizens Bank N.A.,    One Citizens Bank Way,    JCA115,
               Johnston, RI  02919)
5299602      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
5302399      +Bank of America Business Card,    PO Box 15796,    Wilmington, DE 19886-5796
5312556      +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
5303147      +Bank of America, N.A.,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
               P.O. Box 17933,    San Diego, CA 92177-7921
5301881      +Bayview Loan Servicing, LLC,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
               123 South Broad Street,    Philadelphia, PA 19109-1060
5299607      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
               JOHNSTON RI 02919-1922
               (address filed with court:  Citizens Bank,    One Citizens Plaza,    Providene, RI 02903)
5307798      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
               JOHNSTON RI 02919-1922
               (address filed with court:  Citizens Bank N.A.,    One Citizens Bank Way,    JCA115,
               Johnston,Rhode Island 02919)
5299604      +Campton Funeral Home, Inc.,    525 Delaware Ave.,    Palmerton, PA 18071-1991
5299606      +Carbon County Tax Claim Bureau,    2 Lehigh Ave.,    Jim Thorpe, PA 18229-2014
5299608      +Elan Finanical,    225 W. Station Square Dr.,    Pittsburgh, PA 15219-1174
5299609      +Estate of Kenneth Stephen Serfass,    330 Penn Forest Rd.,    Kunkletown, PA 18058-2614
5299610      +George W. Westervelt, Jr., Esquire,    706 Monroe Street,    PO Box 549,
               Stroudsburg, PA 18360-0549
5299612      +Kelley Miller,    442 Silfies Rd.,    Kunkletown, PA 18058-7182
5299613      +Kenneth Serfass, Jr.,    330 Penn Forest Rd.,    Kunkletown, PA 18058-2614
5299614      +Kevin J. Koch,    7665 Pohocopo Dr.,    Kunkletown, PA 18058-2632
5302400      +Merrick Bank/NAR, Inc.,    1600 West 2200 South, Ste. 410,    West Valley City, UT 84119-7240
5299616      +Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
5299617      +PHH Mortgage,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
5299618      +Philip W. Stock, Esquire,    706 Monroe Street,    Stroudsburg, PA 18360-2270
5299619      +SST/CIGPFICORP,    4315 Pickett Rd.,    Saint Joseph, MO 64503-1600
5299620      +SST/SYNOVUS,    1111 Bay Ave.,    Columbus, GA 31901-5218
5305251      +UNIFUND CCR LLC,    TSAROUHIS LAW GROUP,    21 SOUTH 9TH STREET,    ALLENTOWN, PA 18102-4861
5299621      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  US Bank,    425 Walnut Street,    Cincinnati, OH 45202)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 20 2020 19:35:45      Citizens Bank N.A.,
               One Citizens Bank Way,    JCA115,    Johnston, RI  02919
5299603      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 20 2020 19:36:39
               Bayview Loan Servicing,    4425 Ponce de Leon Blvd.,    Coral Gables, FL 33146-1873
5299607       E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 20 2020 19:35:45      Citizens Bank,
               One Citizens Plaza,    Providene, RI 02903
5307798       E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 20 2020 19:35:45      Citizens Bank N.A.,
               One Citizens Bank Way,    JCA115,    Johnston,Rhode Island 02919
5299605      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2020 19:33:40      Capital One,
               PO Box 30281,    Salt Lake City, UT 84130-0281
5299611       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 20 2020 19:34:11      JPMCB Card,
               270 Park Ave.,    New York, NY 10017
5305729       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 20 2020 19:34:06      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5299615      +E-mail/Text: MKnitter@monroecountypa.gov Mar 20 2020 19:36:28
               Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
5310354       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2020 19:36:13
               Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
               Harrisburg PA  17128-0946
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:

```
Ann E. Swartz    on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
 ecfmail@ecf.courtdrive.com
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
 bkgroup@kmllawgroup.com
James  Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
 AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com
James Peter Valecko    on behalf of Creditor   Citizens Bank N.A. jvalecko@weltman.com,
 PitEcf@weltman.com
Janet M. Spears    on behalf of Creditor   BANK OF AMERICA, N.A. bkecfinbox@aldridgepite.com,
 JSpears@ecf.courtdrive.com
Jerome B Blank    on behalf of Creditor   Wells Fargo Bank, National Association, et.al.
 pamb@fedphe.com
Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
Philip W. Stock    on behalf of Debtor 1 Kevin J. Koch pwstock@ptd.net
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 10
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

| | |
|---|---|
| In re: | |
| Kevin J. Koch, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−00478−RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, further details will be provided to you | Date: April 27, 2020 |
| | Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | For the Court:<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 20, 2020 |

ntnew341 (04/18)