IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| IN RE: | Kevin J. Koch | : | No. | 5:20-bk-00478-RNO |
| | | : | | |
| | Debtor. | : | Chapter 13 | |

## REQUEST FOR NOTICES

Debtor hereby requests notices on behalf of the creditor, Estate of Kenneth Serfass, to be directed to the undersigned attorney.

Dated: March 26, 2020  /s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Phone: 570.424.6899
Attorney for Debtor