IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                                         Case No. 20-00478-RNO
                                                                                Chapter 13

Kevin J. Koch

Debtor(s).

## NOTICE OF APPEARANCE

**Bank of America, N.A.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                           By:       _/s/ Daniel P. Jones, Esquire_
                                           Daniel P. Jones, Esquire
                                           Bar No: 321876
                                           Stern & Eisenberg, PC
                                           1581 Main Street, Suite 200
                                           The Shops at Valley Square
                                           Warrington, PA 18976
                                           Phone: (215) 572-8111
                                           Fax: (215) 572-5025
                                           djones@sterneisenberg.com
                                           Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 23rd day of April 2020, to the following:

Philip W. Stock
706 Monroe Street
Stroudsburg, PA 18360
pwstock@ptd.net
***Attorney for Debtor***

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
***Chapter 13 Trustee***

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
***Asst. U.S. Trustee***


and by standard first-class mail postage prepaid to:

Kevin J. Koch
7665 Pohopoco Dr.
Kunkletown, PA 18058
***Debtor***

      By:    */s/Daniel P. Jones, Esquire*