```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                             Case No. 20-00478-RNO
Kevin J. Koch                                                      Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5       User: AutoDocke         Page 1 of 2           Date Rcvd: Apr 29, 2020
                           Form ID: ntcnfhrg       Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
```
db             +Kevin J. Koch,    7665 Pohopoco Dr.,    Kunkletown, PA 18058-2632
cr             +Bank of America, N.A.,    c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 The Shops at Valley Square,    Warrington, PA 18976-3403
5299602        +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
5302399        +Bank of America Business Card,    PO Box 15796,    Wilmington, DE 19886-5796
5322638        +Bank of America, N.A.,    c/o Aldridge, Pite, LLP,    780 Johnson Ferry Road,    Suite 600,
                 Atlanta, GA 30342-1439
5312556        +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
5318779        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5303147        +Bank of America, N.A.,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
5301881        +Bayview Loan Servicing, LLC,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060
5299604        +Campton Funeral Home, Inc.,    525 Delaware Ave.,    Palmerton, PA 18071-1991
5299606        +Carbon County Tax Claim Bureau,    2 Lehigh Ave.,    Jim Thorpe, PA 18229-2014
5299608        +Elan Finanical,    225 W. Station Square Dr.,    Pittsburgh, PA 15219-1174
5299609        +Estate of Kenneth Stephen Serfass,    330 Penn Forest Rd.,    Kunkletown, PA 18058-2614
5299610        +George W. Westervelt, Jr., Esquire,    706 Monroe Street,    PO Box 549,
                 Stroudsburg, PA 18360-0549
5299612        +Kelley Miller,    442 Silfies Rd.,    Kunkletown, PA 18058-7182
5299613        +Kenneth Serfass, Jr.,    330 Penn Forest Rd.,    Kunkletown, PA 18058-2614
5299614        +Kevin J. Koch,    7665 Pohocopo Dr.,    Kunkletown, PA 18058-2632
5302400        +Merrick Bank/NAR, Inc.,    1600 West 2200 South, Ste. 410,    West Valley City, UT 84119-7240
5299616        +Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
5319026        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
5299617        +PHH Mortgage,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
5299618        +Philip W. Stock, Esquire,    706 Monroe Street,    Stroudsburg, PA 18360-2270
5299619        +SST/CIGPFICORP,    4315 Pickett Rd.,    Saint Joseph, MO 64503-1600
5299620        +SST/SYNOVUS,    1111 Bay Ave.,    Columbus, GA 31901-5218
5315760         The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
5319831         U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 Saint Louis MO 63166-0108
5305251        +UNIFUND CCR LLC,    TSAROUHIS LAW GROUP,    21 SOUTH 9TH STREET,    ALLENTOWN, PA 18102-4861
5299621       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,     425 Walnut Street,    Cincinnati, OH 45202)
5320552         Wells Fargo Bank, National Association, et.al.,    PHH MORTGAGE CORPORATION,
                 BANKRUPTCY DEPARTMENT, P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 29 2020 19:45:17      Citizens Bank N.A.,
                 One Citizens Bank Way,    JCA115,    Johnston, RI   02919
5299603        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 29 2020 19:46:13
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd.,    Coral Gables, FL 33146-1873
5299607         E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 29 2020 19:45:17      Citizens Bank,
                 One Citizens Plaza,    Providene, RI 02903
5307798         E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 29 2020 19:45:17      Citizens Bank N.A.,
                 One Citizens Bank Way,    JCA115,    Johnston,Rhode Island 02919
5299605        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 19:47:09      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
5299611         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 29 2020 19:47:07      JPMCB Card,
                 270 Park Ave.,    New York, NY 10017
5305729         E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 29 2020 19:47:02      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5299615        +E-mail/Text: MKnitter@monroecountypa.gov Apr 29 2020 19:46:02
                 Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
5310354         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2020 19:45:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA   17128-0946
                                                                                              TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:

```
Ann E. Swartz     on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
 ecfmail@ecf.courtdrive.com
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
Daniel Philip Jones    on behalf of Creditor    Bank of America, N.A. djones@sterneisenberg.com,
 bkecf@sterneisenberg.com
James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
 bkgroup@kmllawgroup.com
James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
 AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com
James Peter Valecko    on behalf of Creditor    Citizens Bank N.A. jvalecko@weltman.com,
 PitEcf@weltman.com
Janet M. Spears    on behalf of Creditor    BANK OF AMERICA, N.A. bkecfinbox@aldridgepite.com,
 JSpears@ecf.courtdrive.com
Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, National Association, et.al.
 pamb@fedphe.com
Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
Patrick James Best    on behalf of Creditor    Estate of Kenneth Serfass patrick@armlawyers.com,
 kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
Philip W. Stock    on behalf of Debtor 1 Kevin J. Koch pwstock@ptd.net
Thomas Song    on behalf of Creditor    Wells Fargo Bank, National Association, et.al.
 pamb@fedphe.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 13
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kevin J. Koch,

**Debtor 1**

Chapter 13

Case No.   5:20−bk−00478−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: June 3, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 29, 2020 |

ntcnfhrg (03/18)