IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                           Case No. 20-00478-RNO
                                                     Chapter 13

Kevin J. Koch

Debtor(s).

## REQUEST TO MARK OBJECTION TO PLAN MOOT

Kindly mark the Objection to Confirmation of Plan filed by Movant, **Bank of America, N.A.**, on April 24, 2020 as moot as Debtor filed an Amended Plan on May 26, 2020, which moots Movant's Objection.

                                         By:      */s/ Daniel P. Jones, Esquire*
                                                               Daniel P. Jones, Esquire
                                                               Bar No: 321876
                                                               Stern & Eisenberg, PC
                                                               1581 Main Street, Suite 200
                                                               The Shops at Valley Square
                                                                Warrington, PA 18976
                                                               Phone: (215) 572-8111
                                                               Fax: (215) 572-5025
                                                               djones@sterneisenberg.com
                                                               Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 26th day of May 2020, to the following:

Philip W. Stock
706 Monroe Street
Stroudsburg, PA 18360
pwstock@ptd.net
***Attorney for Debtor***

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
***Chapter 13 Trustee***

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
***Asst. U.S. Trustee***


and by standard first-class mail postage prepaid to:

Kevin J. Koch
7665 Pohopoco Dr.
Kunkletown, PA 18058
***Debtor***

      By:    */s/Daniel P. Jones, Esquire*