UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN R:  KEVIN J. KOCH                     : CHAPTER 13
      Debtor(s)                         :
                                         :
CHARLES J. DEHART, III                   :
STANDING CHAPTER 13 TRUSTEE              :
      Movant                            :
                                         :
      vs.                               :
                                         :
KEVIN J. KOCH                            :
      Respondent(s)                     : CASE NO.  5-20-bk-00478

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO
## AMENDED CHAPTER 13 PLAN

AND NOW, this 29th day of June, 2020, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about May 28, 2020 be withdrawn, as all issues have been resolved.

                                            Respectfully submitted:

                                            /s/Charles J. DeHart, III
                                            Standing Chapter 13 Trustee
                                            8125 Adams Drive, Suite A
                                            Hummelstown, PA 17036
                                            (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 29th day of June, 2020, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Philip Stock, Esquire
706 Monroe Street
Stroudsburg, PA   18360

                                            /s/Deborah A. Behney
                                            Office of Charles J. DeHart, III
                                            Standing Chapter 13 Trustee