```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00478-RNO
Kevin J. Koch                                                       Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke            Page 1 of 1          Date Rcvd: Aug 20, 2020
                             Form ID: orcnfpln          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.
db            +Kevin J. Koch,    7665 Pohopoco Dr.,    Kunkletown, PA 18058-2632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:
```
          Ann E. Swartz    on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Daniel Philip Jones    on behalf of Creditor   Bank of America, N.A. djones@sterneisenberg.com,
           bkecf@sterneisenberg.com
          James Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          James Peter Valecko    on behalf of Creditor   Citizens Bank N.A. jvalecko@weltman.com,
           PitEcf@weltman.com
          Janet M. Spears    on behalf of Creditor   BANK OF AMERICA, N.A. bkecfinbox@aldridgepite.com,
           JSpears@ecf.courtdrive.com
          Jerome B Blank    on behalf of Creditor   Wells Fargo Bank, National Association, et.al.
           pamb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor   Wells Fargo Bank, National Association, et.al.
           pamb@fedphe.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
          Patrick James Best    on behalf of Creditor   Estate of Kenneth Serfass patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          Philip W. Stock    on behalf of Debtor 1 Kevin J. Koch pwstock@ptd.net
          Thomas Song    on behalf of Creditor   Wells Fargo Bank, National Association, et.al.
           pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 14
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kevin J. Koch,      Chapter    13

**Debtor 1**

Case No.    5:20–bk–00478–RNO

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 26, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: August 20, 2020          By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

orcnfpln(05/18)