In re:                                      Case No. 20-00478-RNO
Kevin J. Koch                               Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 26, 2020      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5299603 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 26 2020 18:35:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd., Coral Gables, FL 33146-1873 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor COMMUNITY LOAN SERVICING LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Daniel Philip Jones | on behalf of Creditor Bank of America N.A. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE |

CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

James Peter Valecko
    on behalf of Creditor Citizens Bank N.A. jvalecko@weltman.com PitEcf@weltman.com

Janet M. Spears
    on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Janet M. Spears
    on behalf of Creditor BANK OF AMERICA N.A. bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Janet M. Spears
    on behalf of Creditor Bayview Loan Servicing LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Jerome B Blank
    on behalf of Creditor Wells Fargo Bank National Association, et.al. pamb@fedphe.com

Lauren Marie Moyer
    on behalf of Creditor Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank National Association, et.al. pamb@fedphe.com

Monroe County Tax Claim Bureau
    MKnitter@monroecountypa.gov DPugh@monroecountypa.gov

Patrick James Best
    on behalf of Creditor Estate of Kenneth Serfass patrick@armlawyers.com
    kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Philip W. Stock
    on behalf of Debtor 1 Kevin J. Koch pwstock@ptd.net

Thomas Song
    on behalf of Creditor Wells Fargo Bank National Association, et.al. pamb@fedphe.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 18

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:20-bk-00478-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Kevin J. Koch
7665 Pohopoco Dr.
Kunkletown PA 18058

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/23/2020.

Name and Address of Alleged Transferor(s):

Claim No. 17: Bayview Loan Servicing, 4425 Ponce de Leon Blvd., Coral Gables, FL 33146

Name and Address of Transferee:

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146
Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/28/20

Terrence S. Miller

**CLERK OF THE COURT**