UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :        Chapter 13
Kevin J. Koch,
     Debtor                  :        Case No. 20-bk-00478-HWV

                                 :

                                 :        Motion to Approve Sale of Real Estate

                                 :

## **ORDER**

Upon consideration of the Motion to Approve Sale of Real Estate and the facts in this case and all objections having been resolved;

It is hereby ORDERED and DECREED that the motion to approve the sale of 60 Shakespeare Drive, also known as 301 Shakespeare Circle, Albrightsville, Penn Forest Township, County of Carbon, Pennsylvania 18210, in accordance with the terms and conditions set forth in the motion, including the requirement that The Bank of New York Mellon/Bank of America's mortgage shall be paid in full at the time of the sale, subject to a proper, non-expired, payoff quote, or that lien will otherwise remain on the property, is hereby **GRANTED**.