# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin J. Koch <br>                 Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA4, its successors and/or assigns <br>                 Movant <br> vs. | NO. 20-00478 HWV |
| Kevin J. Koch <br>                 Debtor(s) | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos <br>                 Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Answer to Debtor's Motion for Sale of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA4, which was filed with the Court on or about **July 9, 2021 (Doc. No. 73)**.

                Respectfully submitted,

                /s/ Rebecca A. Solarz, Esq.
_____

                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: (215)-627-1322

Dated: July 15, 2021