UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kevin J. Koch, | | |
|     Debtor | : | Case No. 20-bk-00478-HWV |
| | : | |
| | : | Motion to Approve Sale of Real Estate |
| | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned, being the attorney for the Debtor in the above-captioned matter, hereby certifies that a Notice to Creditors and Parties in Interest was mailed to all creditors and interested parties in the above-captioned matter on June 20, 2021, in connection with the Motion to Approve Sale of Real Estate. Answers, objections, responsive pleadings or requests for hearing were due on or before July 11, 2021. The undersigned further certifies that one objection to the motion was filed and was resolved and no other answers, objections, responsive pleadings or requests for hearing have been filed and accordingly requests that this Court issue an Order approving the Motion to Approve Sale of Real Estate.

Date: 07/15/21                                                                 /s/Philip W. Stock
                                                                                            Philip W. Stock
                                                                                            Attorney for Debtor
                                                                                            Attorney ID #53203
                                                                                            706 Monroe Street
                                                                                            Stroudsburg, PA 18360
                                                                                            570-420-0500