UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kevin J. Koch, | | |
| Debtor | : | Case No. 20-bk-00478-MJC |
| | : | |
| | : | Motion to Approve Sale of Real Estate |
| | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned, being the attorney for the Debtor in the above-captioned matter, hereby certifies that a Notice to Creditors and Parties in Interest was mailed to all creditors and interested parties in the above-captioned matter on October 4, 2021, in connection with the Motion to Approve Sale of Real Estate. Answers, objections, responsive pleadings or requests for hearing were due on or before October 25, 2021. The undersigned further certifies that no answers, objections, responsive pleadings or requests for hearing have been filed and accordingly requests that this Court issue an Order approving the Motion to Approve Sale of Real Estate.

Date: 10/26/21

/s/Philip W. Stock
Philip W. Stock
Attorney for Debtor
Attorney ID #53203
706 Monroe Street
Stroudsburg, PA 18360
570-420-0500