# FISHER & FISHER
## LAW OFFICES, L.L.C.

**Timothy B. Fisher, Esquire\* \*\***
**Timothy B. Fisher, II, Esquire\***

\* Member of PA & Federal Bars
\*\* Member of NY Bar
° Member of NJ Bar

John D. Michelin, Esquire\*
Joseph F. Kulesa, Jr., Esquire\* °
Michelle F. Farley, Esquire\*
Michael A. Ventrella, Esquire\*

November 30, 2021

To the Clerk of the U.S. Bankruptcy Court
197 South Main Street
Max Rosenn US Courthouse
Wilkes-Barre, PA 18701

*RE:  Kevin J. Koch*
*5:20-bk-00478-MJC*

Dear Sir:

This is to request a certified copy of the Order at document 84, entered 11/2/21 on the docket of the above referenced Chapter 13 bankruptcy case. Thank you.

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _____
Timothy B. Fisher, II

TBFII/dlk

Please Reply To:

☐ **Mount Pocono**
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7675 fax

☐ **Gouldsboro**
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8979 fax

☐ **Cresco**
1032 PA Route 390 #101, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ **Stroudsburg**
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax

Case 5:20-bk-00478-MJC    Doc 85    Filed 11/30/21    Entered 11/30/21 10:31:59    Desc
Main Document    Page 1 of 1