United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-00478-MJC
Kevin J. Koch  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Apr 14, 2022      Form ID: 3180W      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin J. Koch, 7665 Pohopoco Dr., Kunkletown, PA 18058-2632 |
| aty | + | Timothy B Fisher, II, P.O. Box 396, Gouldsboro, PA 18424-0396 |
| cr | + | Bank of America, N.A., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5302399 | + | Bank of America Business Card, PO Box 15796, Wilmington, DE 19886-5796 |
| 5303147 | + | Bank of America, N.A., c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 5322638 | + | Bank of America, N.A., c/o Aldridge, Pite, LLP, 780 Johnson Ferry Road, Suite 600 Atlanta, GA 30342-1439 |
| 5301881 | + | Bayview Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5299604 | + | Campton Funeral Home, Inc., 525 Delaware Ave., Palmerton, PA 18071-1991 |
| 5299606 | + | Carbon County Tax Claim Bureau, 2 Lehigh Ave., Jim Thorpe, PA 18229-2014 |
| 5299609 | + | Estate of Kenneth Stephen Serfass, 330 Penn Forest Rd., Kunkletown, PA 18058-2614 |
| 5299610 | + | George W. Westervelt, Jr., Esquire, 706 Monroe Street, PO Box 549, Stroudsburg, PA 18360-0549 |
| 5388869 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5388870 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company Serviced by Select Portfolio Servicing, |
| 5299612 | + | Kelley Miller, 442 Silfies Rd., Kunkletown, PA 18058-7182 |
| 5299613 | + | Kenneth Serfass, Jr., 330 Penn Forest Rd., Kunkletown, PA 18058-2614 |
| 5299614 | + | Kevin J. Koch, 7665 Pohocopo Dr., Kunkletown, PA 18058-2632 |
| 5302400 | + | Merrick Bank/NAR, Inc., 1600 West 2200 South, Ste. 410, West Valley City, UT 84119-7240 |
| 5299618 | + | Philip W. Stock, Esquire, 706 Monroe Street, Stroudsburg, PA 18360-2270 |
| 5299619 | + | SST/CIGPFICORP, 4315 Pickett Rd., Saint Joseph, MO 64503-1600 |
| 5299620 | + | SST/SYNOVUS, 1111 Bay Ave., Columbus, GA 31901-5218 |
| 5305251 | + | UNIFUND CCR LLC, TSAROUHIS LAW GROUP, 21 SOUTH 9TH STREET, ALLENTOWN, PA 18102-4861 |
| 5320552 | | Wells Fargo Bank, National Association, et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 14 2022 18:39:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 14 2022 18:39:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA 115, Johnston, RI 02919, UNITED STATES |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 14 2022 18:39:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5299602 | + | EDI: BANKAMER.COM | Apr 14 2022 22:49:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 5318779 | + | EDI: BANKAMER2.COM | Apr 14 2022 22:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5312556 | + | EDI: BANKAMER.COM | Apr 14 2022 22:49:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 5299603 | + | EDI: LCIBAYLN | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Apr 14 2022 22:48:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd., Coral Gables, FL 33146-1873 |
| 5299607 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 14 2022 18:39:00 | Citizens Bank, One Citizens Plaza, Providene, RI 02903 |
| 5307798 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 14 2022 18:39:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston,Rhode Island 02919 |
| 5299605 | + EDI: CAPITALONE.COM | Apr 14 2022 22:49:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5367913 | + EDI: LCIBAYLN | Apr 14 2022 22:48:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 5367912 | + EDI: LCIBAYLN | Apr 14 2022 22:48:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 5299608 | + EDI: USBANKARS.COM | Apr 14 2022 22:48:00 | Elan Finanical, 225 W. Station Square Dr., Pittsburgh, PA 15219-1174 |
| 5388869 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 14 2022 18:39:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5388870 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 14 2022 18:39:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing, |
| 5299611 | EDI: JPMORGANCHASE | Apr 14 2022 22:49:00 | JPMCB Card, 270 Park Ave., New York, NY 10017 |
| 5305729 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2022 18:39:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5299615 | + Email/Text: MKnitter@monroecountypa.gov | Apr 14 2022 18:39:00 | Monroe County Tax Claim Bureau, 1 Quaker Plaza, Room 104, Stroudsburg, PA 18360-2141 |
| 5299616 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 14 2022 18:39:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 5319026 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 14 2022 18:39:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5299617 | + EDI: LCIPHHMRGT | Apr 14 2022 22:49:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 5310354 | EDI: PENNDEPTREV | Apr 14 2022 22:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5310354 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2022 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5315760 | EDI: BANKAMER.COM | Apr 14 2022 22:49:00 | The Bank of New York Mellon, et al, c/o Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 5319831 | EDI: USBANKARS.COM | Apr 14 2022 22:48:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5299621 | EDI: USBANKARS.COM | Apr 14 2022 22:48:00 | US Bank, 425 Walnut Street, Cincinnati, OH 45202 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor COMMUNITY LOAN SERVICING LLC ecfmail@mwc-law.com |
| Daniel Philip Jones | on behalf of Creditor Bank of America N.A. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com PitEcf@weltman.com |
| Janet M. Spears | on behalf of Creditor Bayview Loan Servicing LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor BANK OF AMERICA N.A. bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank National Association, et.al. pamb@fedphe.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Goldman Sachs Mortgage Company ldoyle@milsteadlaw.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank National Association, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor COMMUNITY LOAN SERVICING LLC ecfmail@mwc-law.com |

Marisa Myers Cohen
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com

Monroe County Tax Claim Bureau
    TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov

Patrick James Best
    on behalf of Creditor Estate of Kenneth Serfass patrick@armlawyers.com
    kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Philip W. Stock
    on behalf of Debtor 1 Kevin J. Koch pwstock@ptd.net

Rebecca Ann Solarz
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank National Association, et.al. tomysong0@gmail.com

Timothy B. Fisher, II
    on behalf of Attorney Timothy B Fisher II donna.kau@pocono-lawyers.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 22

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kevin J. Koch<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8308<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–00478–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kevin J. Koch

4/14/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**