United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 20-00478-MJC

Kevin J. Koch                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 2

Date Rcvd: Jul 19, 2022                    Form ID: fnldec                        Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kevin J. Koch, 7665 Pohopoco Dr., Kunkletown, PA 18058-2632 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC ecfmail@mwc-law.com |
| Daniel Philip Jones | on behalf of Creditor Bank of America  N.A. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com  PitEcf@weltman.com |

District/off: 0314-5

Date Rcvd: Jul 19, 2022

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

Janet M. Spears

 on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Janet M. Spears

 on behalf of Creditor BANK OF AMERICA  N.A. bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Janet M. Spears

 on behalf of Creditor Bayview Loan Servicing  LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Jerome B Blank

 on behalf of Creditor Wells Fargo Bank  National Association, et.al. pamb@fedphe.com

Lorraine Gazzara Doyle

 on behalf of Creditor Goldman Sachs Mortgage Company ldoyle@milsteadlaw.com
Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon

 on behalf of Creditor Wells Fargo Bank  National Association, et.al. wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

Marisa Myers Cohen

 on behalf of Creditor COMMUNITY LOAN SERVICING  LLC ecfmail@mwc-law.com

Marisa Myers Cohen

 on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com

Monroe County Tax Claim Bureau

 TZito@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov

Patrick James Best

 on behalf of Creditor Estate of Kenneth Serfass patrick@armlawyers.com
kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Philip W. Stock

 on behalf of Debtor 1 Kevin J. Koch pwstock@ptd.net

Rebecca Ann Solarz

 on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

Rebecca Ann Solarz

 on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE
CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com

Thomas Song

 on behalf of Creditor Wells Fargo Bank  National Association, et.al. tomysong0@gmail.com

Timothy B. Fisher, II

 on behalf of Attorney Timothy B Fisher  II donna.kau@pocono-lawyers.com

United States Trustee

 ustpregion03.ha.ecf@usdoj.gov

TOTAL: 22

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kevin J. Koch,

**Debtor 1**

Chapter      13

Case No.      5:20−bk−00478−MJC

Social Security No.:

      xxx−xx−8308

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  July 19, 2022

**fnldec** (01/22)